# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM, | Case No.: 3:22-cv-00202-ART-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| STATE OF NEVADA, et al., | Re: ECF No. 5 |
| Defendants | |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff is an inmate within the Nevada Department of Corrections (NDOC). He initiated this action by filing a motion to move this case from the Tenth Judicial District to the U.S. District Court. (ECF No. 1-1.) Plaintiff subsequently filed a motion for leave to amend along with a proposed amended civil rights complaint. (ECF Nos. 3, 3-1.)

Plaintiff's filing was not accompanied by an application to proceed *in forma pauperis* (IFP) with the required financial certificate for an inmate or the filing fee. On May 9, 2022, the court issued an order directing Plaintiff to submit an IFP application or pay the filing fee within 30 days, and cautioned him a failure to do so would result in dismissal of his action without prejudice. (ECF No. 4.)

On June 7, 2022, Plaintiff filed a motion seeking to withdraw his complaint with prejudice. Plaintiff's motion should be granted, and this case should be dismissed with prejudice.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order: **GRANTING** Plaintiff's motion (ECF No. 5); **DISMISSING** this case **WITH PREJUDICE**; and **DENYING AS MOOT** Plaintiff's motion for leave to amend (ECF No. 3).

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: June 8, 2022

_____
Craig S. Denney
United States Magistrate Judge